UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23478-COOKE/O'SULLIVAN

LUIS RAMOS,

    Plaintiff,

vs.

KILOLO KIJAKAZI, *Commissioner of Social Security*,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

THIS MATTER is before me on the Report and Recommendation ("R&R") of the Honorable John J. O'Sullivan, Chief U.S. Magistrate Judge, ECF No. 31, regarding the parties' cross motions for summary judgment, ECF Nos. 24 and 25.

In his R&R, Judge O'Sullivan recommends that I deny Plaintiff's motion, ECF No. 24, and grant the Defendant's motion, ECF No. 25. The parties have not filed objections to the R&R, and the time to do so has passed.

I have reviewed the parties' motions, the briefing and accompanying exhibits, Judge O'Sullivan's R&R, the record, and the relevant legal authorities. Having done so, I find Judge O'Sullivan's R&R to be clear, cogent, and compelling.

Accordingly, Judge O'Sullivan's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that Plaintiff's motion for summary judgment, ECF No. 24, is **DENIED**, and Defendant's motion for summary judgment, ECF No. 25, is **GRANTED**.

1

**DONE and ORDERED** in chambers, at Miami, Florida, this 2nd day of December 2021.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*